| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Richard Rossi 67347**<br>**11573 Los Osos Valley Road, Ste G**<br>**San Luis Obispo, CA 93405**<br>**805-541-1044 Fax:  805-543-8851**<br>**67347 CA**<br>**richard@rossilegal.com** | FOR COURT USE ONLY |
|---|---|
| ☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Cory Glen Mathews**<br>**Rebecca Renee Speer-Mathews**<br><br>Debtor(s). | CASE NO.: **9:18-bk-10129**<br>CHAPTER: **13** |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing Required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (Check only ONE box below):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: September 26, 2018    **Cory Glen Mathews**    _____
    Printed name of Debtor 1    Signature of Debtor 1

---

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☑ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (Check only ONE box below):

☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:    September 26, 2018         **Rebecca Renee Speer-Mathews**
                                    Printed name of Debtor 2              Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                          Page 2                          F 1002-1.EMP.INCOME.DEC

# CITY OF SAN LUIS OBISPO

990 PALM ST. SAN LUIS OBISPO, CA 93401-3249
(805) 781-7136

STUB DATE: 06/21/18
STUB NO.: V22946

80200
CORY G MATHEWS
1095 MAYBELLE COURT
OCEANO CA 93445

**\*\* NON-NEGOTIABLE \*\***
**DIRECT DEPOSIT ADVICE**
**FOR INFORMATION ONLY**

## Statement of Earnings and Deductions

| Location | Employee No. | Period Ending | Stub No. | Stub Date |
|---|---|---|---|---|
| 80200 | 61680 | 06/13/18 | V22946 | 06/21/18 |

| Earnings | | | | Employee Deductions | | | Employer Contributions | |
|---|---|---|---|---|---|---|---|---|
| Description | Hours | Current | Year to Date | Description | Current | Year to Date | Current | Year to Date |
| REGULAR | 80.00 | 3,342.00 | 43,316.00 | MEDICARE | 63.27 | 751.65 | 63.27 | 751.65 |
| HOL PAY | 2.00 | 83.55 | 1,082.91 | FED TAX | 211.62 | 2,266.66 | .00 | |
| EPRHC BEN | | 8.00 | 96.00 | STATE TAX | 104.25 | 965.52 | .00 | |
| CAFE BENE | | 271.50 | 3,258.00 | PERS SURV | .93 | 12.09 | .00 | .00 |
| FUL ED POS | | 175.79 | 2,278.43 | PERS REG | 300.78 | 3,898.44 | .00 | .00 |
| UNIFORM | | 500.00 | 500.00 | PERS SPEC | 26.80 | 483.90 | .00 | .00 |
| UNIFORM | | 38.46 | 499.98 | PERS EMPLR | 109.19 | 1,460.74 | 491.30 | 6,572.57 |
| HOL BAL | | .00 | 1,515.61 | DELTAHMO-1 | 10.09 | 121.08 | .00 | .00 |
| | | | | MES-1 | 4.04 | 48.48 | .00 | .00 |
| | | | | EPRHC | 8.00 | 96.00 | .00 | .00 |
| | | | | LIFE NOTX | 3.33 | 39.96 | .00 | .00 |
| | | | | POS DUES | 65.00 | 780.00 | .00 | .00 |
| **Totals** | 82.00 | 4,380.84 | 52,546.93 | **Totals** | 907.30 | 10,924.52 | 554.57 | 7,324.22 |

| Leave | Beg Balance | Earned | Taken | End Balance | Direct Deposit Information | | Net Pay | |
|---|---|---|---|---|---|---|---|---|
| VACATION | 77.43 | 4.00 | .00 | 81.43 | KINGS FEDERAL CREDIT UNION | 3,473.54 | 3,473.54 | |
| COMP | 28.24 | .00 | .00 | 28.24 | | | Employee | |
| SICK | 71.00 | 4.00 | .00 | 75.00 | | | MATHEWS, CORY G | |
| HOLIDAY | 52.00 | .00 | .00 | 52.00 | | | Tax Information | |
| | | | | | | | | Fed   State |
| | | | | | | | MARITAL STATUS | M    2 |
| | | | | | | | EXEMPTIONS | 10   10 |

Notes:

# CITY OF SAN LUIS OBISPO

990 PALM ST. SAN LUIS OBISPO, CA 93401-3249
(805) 781-7136

| STUB DATE | STUB NO. |
|---|---|
| 07/05/18 | V23320 |

80200
CORY G MATHEWS
1095 MAYBELLE COURT
OCEANO CA 93445

**\*\* NON-NEGOTIABLE \*\***
**DIRECT DEPOSIT ADVICE**
**FOR INFORMATION ONLY**

## Statement of Earnings and Deductions

| Location | Employee No. | Period Ending | Stub No. | Stub Date |
|---|---|---|---|---|
| 80200 | 61680 | 06/27/18 | V23320 | 07/05/18 |

| Earnings ||||| Employee Deductions ||| Employer Contributions ||
|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Current | Year to Date | Description | Current | Year to Date | Current | Year to Date |
| REGULAR | 80.00 | 3,342.00 | 46,658.00 | MEDICARE | 56.02 | 807.67 | 56.02 | 807.67 |
| HOL PAY | 2.00 | 83.55 | 1,166.46 | FED TAX | 151.62 | 2,418.28 | .00 | |
| EPRHC BEN | | 8.00 | 104.00 | STATE TAX | 64.30 | 1,029.82 | .00 | |
| CAFE BENE | | 271.50 | 3,529.50 | PERS SURV | .93 | 13.02 | .00 | .00 |
| FUL ED POS | | 175.79 | 2,454.22 | PERS REG | 300.78 | 4,199.22 | .00 | .00 |
| UNIFORM | | 38.46 | 538.44 | PERS SPEC | 26.80 | 510.70 | .00 | .00 |
| HOL BAL | | .00 | 1,515.61 | PERS EMPLR | 109.19 | 1,569.93 | 491.30 | 7,063.87 |
| UNIFORM | | .00 | 500.00 | DELTAHMO-1 | 10.09 | 131.17 | .00 | .00 |
| | | | | MES-1 | 4.04 | 52.52 | .00 | .00 |
| | | | | EPRHC | 8.00 | 104.00 | .00 | .00 |
| | | | | LIFE NOTX | 3.33 | 43.29 | .00 | .00 |
| | | | | POS DUES | 65.00 | 845.00 | .00 | .00 |
| **Totals** | 82.00 | 3,880.84 | 56,466.23 | **Totals** | 800.10 | 11,724.62 | 547.32 | 7,871.54 |

| Leave | Beg Balance | Earned | Taken | End Balance |
|---|---|---|---|---|
| VACATION | 81.43 | 4.00 | .00 | 85.43 |
| COMP | 28.24 | .00 | .00 | 28.24 |
| SICK | 75.00 | 4.00 | .00 | 79.00 |
| HOLIDAY | 52.00 | .00 | .00 | 52.00 |

**Direct Deposit Information**
KINGS FEDERAL CREDIT UNION    3,080.74

**Net Pay**: 3,080.74

**Employee**: MATHEWS, CORY G

**Tax Information**

| | Fed | State |
|---|---|---|
| MARITAL STATUS | M | |
| EXEMPTIONS | 10 | 2 / 10 |

**Notes:**

```
            SAN LUIS OBISPO COUNTY REMUNERATION STATEMENT
     James P. Erb, CPA, Auditor-Controller, Treasurer-Tax Collector

Employee Name: Rebecca Speer              Personal ID:00016622
Job:00000314    DEPUTY DISTRICT ATTORNEY IV                BU04
Pay Type:     Regular Payroll      Permanent Full Time Reg Salary
Check date:   06/22/2018      Pay Period:  06/03/2018  06/16/2018
Business Area: 1320       CC: 1320120000    DA Adult Prosecutions
Hourly Rt:           60.96  Step: 02
==================================================================

Tax        Status   Exemption   Add'tl Exempt
FED         Marr       05          0.00
CA          Marr       05          0.00
                                                _____

Earnings:             Hours       Curr           YTD
Leave w/o Pay         34.85
Difference prev. Pe              487.68
Regular               39.00    2,377.44       27,104.57
Holiday                                        2,921.28
Vacation               3.60      219.46        3,743.87
Sick Leave             2.55      155.45        2,873.12
LWP - Other                                    8,266.56
                                 _____       _____
Total gross                    3,240.03       44,909.40

Statutory Deductions:            Curr           YTD
FED Tax Withhld                 163.78        2,722.70
EE Social Security Tax          169.22        2,398.05
EE Medicare Tax                  39.57          560.83
CA  Tax Withhld                  42.49          942.79
CA SDI                           32.40          449.09
                                 _____       _____
Total Taxes                     447.46        7,073.46

Misc. Deductions:                Curr           YTD
City Parking Pretax              39.23-         509.99-
Anth. EPO Pretax                410.97-       4,931.64-
Ret Emp Pretax                   60.58-         789.57-
SDI Admin Fee                     1.62-          22.46-
SLOGAU Dues                       5.00-          50.00-
Vol Sup Life EE                  14.16-         169.92-
Vol Sup Life Sp                   1.18-          14.16-
Vol Sup Life Ch                   0.95-          11.40-
                                 _____       _____
Total Deductions                533.69-       6,499.14-

Net Pay:                      2,258.88
==================================================================
PAYMENT DISTRIBUTION
    Amount                  Acct/Chk#        Type
   2,258.88                 0000137483        ACH
==================================================================

Employer Paid:                   Curr           YTD
D Dent County                    42.70          512.40
Vision County                     7.27           87.24
Mgmt Life Ins                     1.94           23.28
Mgmt LTD                         15.11          181.17
Anth EPO County                 523.03        6,276.36
Retmt ER Pickup                 255.69        4,172.09
Retmt ER Contrib                628.36       10,202.59
Retmt ER Hlth OPEB               34.62          450.06
Workers Comp ER                   6.70           92.95
```

```
                  SAN LUIS OBISPO COUNTY REMUNERATION STATEMENT
       James P. Erb, CPA, Auditor-Controller, Treasurer-Tax Collector

 Employee Name: Rebecca Speer                      Personal ID:00016622
 Job:00000314   DEPUTY DISTRICT ATTORNEY IV                       BU04
 Pay Type:      Regular Payroll          Permanent Full Time Reg Salary
 Check date:    06/22/2018       Pay Period: 06/03/2018   06/16/2018
 Business Area: 1320      CC: 1320120000    DA Adult Prosecutions
 Hourly Rt:            60.96  Step: 02
 ====================================================================
 Social Security Tax            169.22        2,398.05
 Medicare Tax                    39.57          560.83
 Unemployment Tax                 2.43           33.68
 ==================================================
                       LEAVE HOURS         AVAIL
                            VAC             1.72
                            SIC             2.07
                            PERS            8.00
                            ADM            32.00
                            ANN             0.00
                            CTO             0.00
                            VTO             0.00
                            TSIC            0.00
```

## Debra Hernandez

| | |
|---|---|
| **From:** | Becky Mathews <becmathews@ymail.com> |
| **Sent:** | Wednesday, September 5, 2018 12:57 PM |
| **To:** | Debra Hernandez |
| **Subject:** | July paystub Rebecca |



GROSS: 3735.24

Tax: 560.25

YTD 46545.04

1

## SAN LUIS OBISPO COUNTY REMUNERATION STATEMENT
### James P. Erb, CPA, Auditor-Controller, Treasurer-Tax Collector

NAME: Rebecca Speer  
PERS NO: 00016622  DEPT: 1320  1320120000  DA Adult Prosecutions  
TYPE: Full Time Permanent   Reg SalaryBU04  
PP BEG: 07/01/2018  
PP END: 07/14/2018  
07/20/2018

JOB: 00030314   DEPUTY DISTRICT ATTORNEY IV

| EARNINGS | HOURS | CURR | YTD |
|---|---|---|---|
| Leave w/o Pay | 7.78 | | |
| Regular | 3.00 | 182.88 | 30792.65 |
| Holiday | 8.00 | 487.88 | 3408.96 |
| Vacation | 2.37 | 144.48 | 3993.20 |
| Sick Leave | 2.85 | 173.74 | 3173.05 |
| LWP - Other | 56.00 | 3413.76 | 11660.32 |

| TAXES | CURR | YTD |
|---|---|---|
| Withhld Tax FED | 300.67 | 3245.58 |
| EE Social Security Tax | 239.94 | 2837.39 |
| EE Medicare Tax | 56.11 | 663.58 |
| Withhld Tax CA | 123.47 | 1140.89 |
| CA SDI | 44.02 | 530.48 |

| DEDUCTIONS | CURR | YTD |
|---|---|---|
| City Parking Pretax | 39.23- | 588.45- |
| Anth. EPO Pretax | 410.97- | 5753.58- |
| Ret Emp Pretax | 82.32- | 941.75- |
| SDI Admin Fee | 2.20- | 26.53- |
| SLOGAU Dues | 5.00- | 60.00- |
| Vol Sup Life EE | 19.56- | 209.04- |
| Vol Sup Life Sp | 1.63- | 17.42- |
| Vol Sup Life Ch | 0.95- | 13.30- |

RET PLAN: 2GAU   *.180000%  
RATE: 60.68   02  
DIFF: 0.00

| | LV HRS AVAIL |
|---|---|
| VAC | 2.77 |
| SIC | 3.33 |
| PER | 8.00 |
| ADM | 32.00 |
| ANN | 0.00 |
| CTO | 0.00 |

| | EARNINGS | OTHER | TAXES | DEDUCTIONS | NET PAY | WARRANT/ACH NO | AMOUNT |
|---|---|---|---|---|---|---|---|
| CUR | 4402.54 | | 764.21 | 561.86- | | 3076.47 | No. 10727 | 3,076.47 |
| YTD | 53048.18 | | 8417.92 | 7610.07- | | 37020.19 | 0000137483 | 3076.47 |

| EMPLOYER PAID | CURR | YTD |
|---|---|---|
| D Dent County | 42.70 | 597.80 |
| Vision County | 7.27 | 101.76 |
| Mgmt Life Ins | 1.94 | 27.16 |
| Mgmt LTD | 15.11 | 211.39 |
| Anth EPO County | 523.03 | 7322.42 |
| Retmt ER Pickup | 409.00 | 4828.19 |
| Retmt ER Contrib | 1005.10 | 12060.67 |

| EMPLOYER PAID | CURR | YTD |
|---|---|---|
| Retmt ER Hlth OPEB | 36.54 | 523.14 |
| Workers Comp ER | 15.44 | 121.51 |
| Social Security Tax | 239.94 | 2837.39 |
| Medicare Tax | 56.11 | 663.58 |
| Unemployment Tax | 3.31 | 39.79 |

| | TAX STATUS |
|---|---|
| FED | Marr 05 0.00 0.00 |
| ST | Marr 05 0.00 0.00 |

| ITS | ELECTED | DEPOSIT | APROVED | AVAIL |
|---|---|---|---|---|
| 2017 DEP: MED: | | | 0.00 | 0.00 |
| 2018 DEP: MED: | | | 0.00 | 0.00 |

# SAN LUIS OBISPO COUNTY REMUNERATION STATEMENT
James P. Erb, CPA, Auditor-Controller, Treasurer-Tax Collector

**NAME:** Rebecca Speer  **PERS NO:** 00016522  **DEPT:** 1320  1320120000  DA Adult Prosecutions
**JOB:** 00000314 DEPUTY DISTRICT ATTORNEY IV  **TYPE:** Full Time Permanent  Reg SalaryBU04

**PP BEG:** 07/15/2018
**PP END:** 07/28/2018
**08/03/2018**

MEDI EIAE EE+2
DENT DLDN EE+1
VIS  VIS  EE+1
RET PLAN: 2GAU .180000%
RATE: 60.98  02
DIFF: 0.00

| EARNINGS | HOURS | CURR | YTD |
|---|---|---|---|
| Regular | | | 30792.65 |
| Holiday | | | 3408.98 |
| Vacation | | | 3993.20 |
| Sick Leave | | | 3173.05 |
| LWP - Other | 80.00 | 4876.80 | 16557.12 |

| TAXES | CURR | YTD |
|---|---|---|
| Withhld Tax FED | 368.13 | 3813.71 |
| EE Social Security Tax | 268.80 | 3106.19 |
| EE Medicare Tax | 62.87 | 726.45 |
| Withhld Tax CA | 164.43 | 1305.32 |
| CA SDI | 48.77 | 579.25 |

| DEDUCTIONS | CURR | YTD |
|---|---|---|
| City Parking Pretax | 39.23- | 627.68- |
| Anth. EPO Pretax | 410.97- | 6164.55- |
| Ret Emp Pretax | 91.20- | 1032.95- |
| SDI Admin Fee | 2.44- | 28.97- |
| SLOGAU Dues | 5.00- | 65.00- |
| Vol Sup Life EE | 19.56- | 228.60- |
| Vol Sup Life Sp | 1.63- | 19.05- |
| Vol Sup Life Ch | 0.85- | 14.25- |

| | LV HRS AVAIL |
|---|---|
| VAC | 5.85 |
| SIC | 7.03 |
| PER | 8.00 |
| ADM | 32.00 |
| ANN | 0.00 |
| CTO | 0.00 |

| | RETRO ADJ | EARNINGS | OTHER | YTD | TAXES | DEDUCTIONS | NET PAY | WARRANT/ACH NO | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| CUR | | 4876.80 | | | 913.00 | 570.98- | 3392.82 | No. 10901 | 3,392.82 |
| YTD | | 57924.98 | | | 9330.92 | 8181.05- | 40413.01 | 0000137483 | 3392.82 |

| EMPLOYER PAID | CURR | YTD |
|---|---|---|
| D Dent County | 42.70 | 640.50 |
| Vision County | 7.27 | 109.05 |
| Mgmt Life Ins | 1.94 | 29.10 |
| Mgmt LTD | 15.11 | 226.50 |
| Anth EPO County | 523.03 | 7845.45 |
| Retmt ER Pickup | 453.05 | 5381.24 |
| Retmt ER Contrib | 1113.37 | 13174.04 |

| EMPLOYER PAID | CURR | YTD |
|---|---|---|
| Retmt ER Hlth OPEB | 36.54 | 559.68 |
| Workers Comp ER | 17.12 | 138.63 |
| Social Security Tax | 268.80 | 3106.19 |
| Medicare Tax | 62.87 | 726.45 |
| Unemployment Tax | 3.85 | 43.44 |

| ITS | ELECTED | DEPOSIT | APROVED | AVAIL | TAX STATUS | | |
|---|---|---|---|---|---|---|---|
| 2017 DEP: MED: | | | | | FED | Marr 05 | 0.00 0.00 |
| 2018 DEP: MED: | | | 0.00 0.00 | | ST | Marr 05 | 0.00 0.00 |



This check is for 30 months employment time of vacation pay. It was divided by 30 to show monthly amt.

# Paystubs from Debtor and Joint Debtor - new jobs (reduced income)

```
BARRETT BUSINESS SERVICES, INC.  (EIN: 52-0812977)      3450 Broad Street, Suite 102* San Luis Obispo, CA 93401 * 805-762-4907
EMPLOYEE: XXX-XX-6358  CORY GLEN MATHEWS                CURRENT      YEAR                    YTD TAXABLE
STATUS  : MARRIED      DEPENDENTS: 10                   555.00       555.00    TOTAL PAY
PYMT DATE : 09/21/2018 PERIOD: 09/10/18 - 09/16/18      8.05         8.05      MEDICARE       555.00
CUSTOMER: 900048       KIRK CONSTRUCTION                34.41        34.41     SOC SECU       555.00
                                                        5.55         5.55      CA DISAB       555.00
CUSTOMER  HRS/WRKD  HRS/UNITS   RATE      PAY           506.99       506.99    NET PAY
 900048    27.75     27.75    20.0000   555.00 REGULAR  506.99       506.99    NET PAY
```

*It is your responsibility to review each item on your pay stub to ensure the accuracy of your pay.*
**KIRK CONSTRUCTION 8830 MORRO RD ATASCADERO CA 93422**
*Notify your employer of any errors, or name, address, or tax changes.*

V#0266
74 SAN LUIS OBISPO - C0749000

Scanned with CamScanner

**Yuki Restaurant Corporation**

| Employee | | | | | SSN | | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| Rebecca Matienno, 1095 Maybelle Ct, Oceano, CA 93445 | | | | | ***-**-0867 | | Married/Single | Fed 4/0/CA 4/0 |
| | | | | | Pay Period: 08/30/2018 - 09/13/2018 | | | Pay Date: 09/16/2018 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 20:00 | 10.50 | 210.00 | 210.00 |
| Reported Cash Tips | | | 50.00 | 50.00 |
| | 20:00 | | 260.00 | 260.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | 0.00 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Social Security Employee | -16.12 | -16.12 |
| Medicare Employee | -3.77 | -3.77 |
| CA - Withholding | 0.00 | 0.00 |
| CA - Disability | -2.60 | -2.60 |
| | -22.49 | -22.49 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Reported Cash Tips (offset) | -50.00 | -50.00 |

| Net Pay | 187.51 | 187.51 |
|---|---|---|

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 0.40 | | 0.40 |

Yuki Restaurant Corporation, 712 Cornwall Ave, Arroyo Grande, CA, 93420

Powered by Intuit Payroll

1157