United States Bankruptcy Court
Central District of California

In re:                                                                  Case No. 18-11567-DS
Cory Glen Mathews                                                       Chapter 7
Rebecca Renee Speer-Mathews
        Debtors                     **CERTIFICATE OF NOTICE**

District/off: 0973-9            User: admin          Page 1 of 2          Date Rcvd: Jan 14, 2019
                                Form ID: 318a         Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 16, 2019.
db/jdb        +Cory Glen Mathews,   Rebecca Renee Speer-Mathews,   1095 Maybelle Court,
               Oceano, CA 93445-9446
smg           +County Assessor,   County Government Center, Room 100,   San Luis Obispo, CA 93408-0001
39103865      +Adventist Health,   Hanford Community Med Center,   115 Mall Drive,   Hanford, CA 93230-5786
39103866       Adventist Health Physicians Network,   P.O. Box 2087,   Hanford, CA 93232-2087
39103867       Adventist Medical Center - Hanford,   PO Box 1304,   Hanford, CA 93232-1304
39103870      +Bank of Stockton,   301 E Main St,   Stockton, CA 95202-2902
39103871       BarrettDaffinFrappierTreder&Weiss,   4004 Belt Line Road, Suite 100,   Addison, TX 75001-4320
39103873      +Carmax Auto Finance,   Attn: Bankruptcy Department,   Po Box 440609,   Kennesaw, GA 30160-9511
39103875      +City of San Luis Obispo,   Parking Services,   1260 Chorro St., Ste. B,
               San Luis Obispo, CA 93401-3668
39103878      +Continental Service Group,   PO Box 1528,   Fairport, NY 14450-7528
39103879      +Creditors Bureau USA,   757 L St,   Fresno, CA 93721-2998
39103881       Department of the Treasury,   DMS CON,   PO Box 979111,   Saint Louis, MO 63197-9000
39103883      +EdFinancial Services,   Attn: Bankruptcy Department,   298 N Seven Oaks Dr,
               Knoxville, TN 37922-2369
39103884      +Educational Empl Credit Union,   2222 W Shaw Ave,   Fresno, CA 93711-3419
39103886       IT Cosmetics,   PO Box 2003,   Harlan, IA 51593-0218
39103887      +Kahn, Soares & Conway, LLP,   219 North Douty Street,   Hanford, CA 93230-4645
39103888      +Kings Comp. Women's Healthcare Gp,   3435 S. Demaree St., Ste. A,   Visalia, CA 93277-7006
39103889      +Kings Credit Services,   510 N Douty St,   Hanford, CA 93230-3911
39103890      +Larry & Elaine Speer,   2010 Kings Road,   Hanford, CA 93230-1657
39103891      +Michael & Associates, PC,   555 St. Charles Drive, Suite 204,   Thousand Oaks, CA 91360-3992
39103892      +PayPal Credit,   PO Box 5138,   Timonium, MD 21094-5138
39103894       Robert & Janine Mathews,   2116 Kilkenney Hills Road,   Matthews, NC 28105-2413
39103896      +US Dept of Education,   Great Lakes Higher Education,   2401 International Lane,
               Madison, WI 53704-3192
39103898      +Visa Dept Store Natl Bank/Macy's,   Attn: Bankruptcy,   PO Box 8053,   Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: BSMCBETH.COM Jan 15 2019 08:28:00   Sandra McBeth (TR),   7343 El Camino Real, #185,
               Atascdero, CA 93422-4697
smg           +E-mail/Text: SBCBankruptcy@co.santa-barbara.ca.us Jan 15 2019 03:31:00   County Tax Collector,
               P.O. Box 357,   Santa Barbara, CA 93102-0357
smg            EDI: EDD.COM Jan 15 2019 08:28:00   Employment Development Dept.,   Bankruptcy Group MIC 92E,
               P.O. Box 826880,   Sacramento, CA 94280-0001
smg            EDI: CALTAX.COM Jan 15 2019 08:28:00   Franchise Tax Board,   Bankruptcy Section MS: A-340,
               P.O. Box 2952,   Sacramento, CA 95812-2952
39103868      +EDI: AMEREXPR.COM Jan 15 2019 08:28:00   American Express,   Correspondence,   PO Box 981540,
               El Paso, TX 79998-1540
39103869       EDI: BANKAMER.COM Jan 15 2019 08:28:00   Bank of America,   PO Box 982238,
               El Paso, TX 79998
39103872      +EDI: CAPITALONE.COM Jan 15 2019 08:28:00   Capital One,   Attn: Bankruptcy Dept.,
               PO Box 30253,   Salt Lake City, UT 84130-0253
39103874      +EDI: CHASE.COM Jan 15 2019 08:28:00   Chase Card Services,   Attn: Correspondence,
               PO Box 15278,   Wilmington, DE 19850-5278
39103876      +EDI: WFNNB.COM Jan 15 2019 08:28:00   Comenity Bank,   Attn: Bankruptcy,   PO Box 182125,
               Columbus, OH 43218-2125
39103877      +EDI: WFNNB.COM Jan 15 2019 08:28:00   Comenity Bank/Victoria Secret,   Attn: Bankruptcy,
               PO Box 182125,   Columbus, OH 43218-2125
39103880       EDI: IRS.COM Jan 15 2019 08:28:00   Department of the Treasury,   Internal Revenue Service,
               PO Box 7346,   Philadelphia, PA 19101-7346
39103882      +E-mail/Text: bankruptcy.bnc@ditech.com Jan 15 2019 03:31:00   Ditech,   Attn: Bankruptcy,
               PO Box 6172,   Rapid City, SD 57709-6172
39103885       EDI: CALTAX.COM Jan 15 2019 08:28:00   Franchise Tax Board,   PO Box 1673,
               Sacramento, CA 95812-1673
39103893      +E-mail/Text: bkdepartment@rtresolutions.com Jan 15 2019 03:31:13   Real Time Resolutions,
               Attn: Bankruptcy/Bank of America,   PO Box 36655,   Dallas, TX 75235-1655
39103897       E-mail/Text: dgibson1@valleychildrens.org Jan 15 2019 03:31:26   Valley Children's Hospital,
               9300 Valley Children's Place,   Mail Stop FC03,   Madera, CA 93636-8762
                                                                               TOTAL: 15

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
39103895     ##+Stellar Recovery Inc,   Attn: Bankruptcy,   4500 Salisbury Road Ste 105,
               Jackonville, FL 32216-8035
                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0973-9        User: admin              Page 2 of 2              Date Rcvd: Jan 14, 2019
                           Form ID: 318a            Total Noticed: 39
```

                    ***** BYPASSED RECIPIENTS (continued) *****

```
Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 14, 2019 at the address(es) listed below:
            Richard E Rossi   on behalf of Joint Debtor Rebecca Renee Speer-Mathews richard@rossilegal.com,
             debra@rossilegal.com
            Richard E Rossi   on behalf of Debtor Cory Glen Mathews richard@rossilegal.com,
             debra@rossilegal.com
            Sandra  McBeth (TR)   jwalker@mcbethlegal.com,  CA65@ecfcbis.com
            United States Trustee (ND)   ustpregion16.nd.ecf@usdoj.gov
                                                                        TOTAL: 4
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Cory Glen Mathews** | Social Security number or ITIN   **xxx–xx–6358** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Rebecca Renee Speer–Mathews** | Social Security number or ITIN   **xxx–xx–0867** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Central District of California**

Case number:   **9:18–bk–11567–DS**

## Order of Discharge – Chapter 7                                    **12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Cory Glen Mathews

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 1/14/19

Rebecca Renee Speer–Mathews
aka Rebecca R. Speer, aka Rebecca R. Mathews

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 2 Discharge Date: 1/14/19

**Dated:** 1/14/19

**By the court:** Deborah J. Saltzman
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**19/AUT**

**For more information, see page 2 >**

Official Form 318–CACBdodb/CACodsc          **Order of Chapter 7 Discharge**          page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**