LAW OFFICES OF
**ULRICH & RAMSEY**
1124 11TH STREET
MODESTO, CA 95354
TELEPHONE NO: (209) 529-7777
FACSIMILE NO: (209) 526-0856
C.S.B. #135348

ATTORNEY FOR CREDITOR

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | No: 18-27085-D-13G |
| ) | |
| Ealy-Hale, Angela E. ) | Chapter 13 |
| ss#xxx-xx-4922 ) | |
| Hale, Donnie R. ) | Doc No. BER001 |
| Ss#xxx-xx-2122 ) | |
| ) | **OBJECTION TO DEBTORS' MOTION** |
| Debtor(s). ) | **TO VALUE COLLATERAL** |
| ) | |
| ) | Date: February 12, 2019 |
| ) | Time: 10:00 a.m. |
| ) | Judge: Robert S. Bardwil |
| _____ ) | Dept: D - Courtroom 34 |

Creditor, Financial Center Credit Union, objects to debtor's motion to value collateral. Specifically, secured creditor objects to Debtors' opinion of the value of the collateral. Creditor Financial Center Credit Union submits that the value of the collateral (i.e., 2015 Ford Transit 350 (VIN 1FBAX2XMXFKA37093, California license 7LAH869) is twenty eight thousand five hundred dollars ($28,500.00) (see Declaration of Wendie Siemon-Thiel).

Date: January 26, 2019        By: _____
                                  Bruce E. Ramsey

```
1   LAW OFFICES OF
    ULRICH & RAMSEY
2   1124 11TH STREET
    MODESTO, CA  95354
3   TELEPHONE NO: (209) 529-7777
    FACSIMILE NO: (209) 526-8516
4   C.S.B. #135348

5   ATTORNEY FOR

6
                UNITED STATES BANKRUPTCY COURT
7
        EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION
8
9   IN THE MATTER OF:            )   No: 18-27085-D-13G
                                 )
10  Ealy-Hale, Angela E.         )   Chapter 13
        ss#xxx-xx-4922           )
11  Hale, Donnie R.              )   Doc No. BER001
        Ss#xxx-xx-2122           )
12                               )   CERTIFICATE OF SERVICE
            Debtor(s).           )
13                               )   Date: February 12, 2019
                                 )   Time: 10:00 a.m.
14                               )   Judge: Robert S. Bardwil
    _____)   Dept: D - Courtroom 34
15
```

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Modesto, County of Stanislaus; my business address is Ulrich & Ramsey, 1124 Eleventh Street, Modesto, California 95354.

On the date below, I served a copy with all exhibits (if any), of the following documents:

//

- **OBJECTION TO DEBTOR'S MOTION TO VALUE COLLATERAL**

- **DECLARATION OF WENDIE SIEMON-THIEL IN SUPPORT OF CREDITOR'S OBJECTION TO DEBTOR'S MOTION TO VALUE COLLATERAL**

- 

- **CERTIFICATE OF SERVICE**

on all interested parties in said case addressed as follows:

1

```
 1   DEUTSCHE BANK NATIONAL TRUST COMPANY
     DANIEL K. FUJIMOTO
 2   2955 MAIN STREET, 2ND FLOOR
     IRVINE, CA 92614
 3
     ANGELA E. EALY-HALE
 4   DONNIE R. HALE
     3443 PHELPS STREET
 5   STOCKTON, CA 95206

 6   LAW OFFICES OF PETER G. MACALUSO
     PETER G. MACALUSO
 7   7230 SOUTH LAND PARK DR. #127
     SACRAMENTO, CA 95831
 8
     CHAPTER 13 TRUSTEE
 9   PO BOX 3051
     MODESTO, CA 95353-3051
10
     U.S. TRUSTEE
11   501 I STREET 7TH FL.
     SACRAMENTO, CA 95814
12
```

13  [X] (**BY MAIL**) I caused an envelope to be deposited in the mail at Modesto, California, with first class postage thereon fully prepaid.

15  I am readily familiar with Ulrich & Ramsey's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in sealed envelopes with first class postage fully prepaid.

21  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration is executed in Modesto, California, on _____.

Cari Hensley

1  LAW OFFICES OF
   **ULRICH & RAMSEY**
2  1124 11TH STREET
   MODESTO, CA  95354
3  TELEPHONE NO: (209) 529-7777
   FACSIMILE NO: (209) 526-8516
4  C.S.B. #135348

5  ATTORNEY FOR CREDITOR

6

7              UNITED STATES BANKRUPTCY COURT

8      EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

9
   IN THE MATTER OF:              )    No: 18-27085-D-13G
10                                )
   Ealy-Hale, Angela E.           )    Chapter 13
11      ss#xxx-xx-4922             )
   Hale, Donnie R.                )    Doc No. BER001
12      Ss#xxx-xx-2122             )
                                  )    **EXHIBITS**
13              Debtor(s).         )
                                  )
14                                )    Date: February 12, 2019
                                  )    Time: 10:00 a.m.
15                                )    Judge: Robert S. Bardwil
                                  )    Dept: D - Courtroom 34
16 _____ )

17
        EXHIBITS 'A' IN SUPPORT OF FINANCIAL CENTER CREDIT UNION'S
18  OBJECTION TO DEBTORS' MOTION TO VALUE COLLATERAL

19

20 | EXHIBIT | TITLE |
   |---|---|
   | A | Appraisal of Wendie Siemon-Thiel with pictures |
21



# LaBELLE'S KAR APPRAISALS

P.O.BOX 4005 MANTECA, CA 95337   PHONE (209) 824-5492
E-MAIL- labelle@Lkar.com   WEB PAGE www.Lkar.com

Number: 145 APPRAISAL # 815                         Date:  1/23/2019

Appraiser: Wendie Siemon-Thiel                      Appraised Value $28,500.00

## Owner Information

Owner: Angela Ealy-Hale                             Address: 3443 Phelps Street
City: Stockton        State Ca       Zip 95206      Phone

## Vehicle Information

Vehicle ID: 1FBAX2XMXFKA37093      License: 7LAH869
Year 2015  Make: FORD              Model: TRANSIT 350         Engine:
Odometer: 90671   Color: BLACK                     Transmission AUTOMATIC

## Report

THE VEHICLE WAS INSPECTED AT THE REQUEST OF FINANCIAL CENTER CREDIT UNION FOR (A.C.V.) ACTUAL CASH VALUE.

THE VAN IS IN GOOD CONDITION WITH LISTED PROBLEMS AS SEEN.
THE FIFTEEN PASSENGER VAN HAS LOOSE CEILING PANELS.
THE WINDSHIELD HAS ROCK CHIP IN THE WINDSHIELD.
THE DOOR TO THE GAS TANK LID IS MISSING.
THE TIRES AND PAINT ARE IN GOOD CONDITION.

AFTER RESEARCHING THIS VEHICLE ON THE INTERNET IN THE US. IT IS MY OPINION THE ACTUAL CASH VALUE SHOULD BE TWENTY EIGHT THOUSAND FIVE HUNDRED DOLLARS. ($28,500.00)


ROSEMARY LaBELLE
WENDIE SIEMON-THIEL
OWNER / APPRAISER








